FILED

2023 MAY -9 AM 10: 46

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___CD___

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| v. PLAINTIFF | 2-23-MJ-2298 |
| Mark Roy Anderson | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: __5/9/2023__ __6:00__ ☑ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No

4. Charges under which defendant has been booked:

    __1343 Wire Fraud__

5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☑ No ☐ Yes Language: _____

7. Year of Birth: __1958__

8. Defendant has retained counsel: ☐ No
   ☑ Yes Name: __Marc Harris__ Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): __N/A__

11. Name: __Richard Higgins__ (please print)

12. Office Phone Number: __202-714-7026__ 13. Agency: __FBI__

14. Signature: __Richard Higgins__ 15. Date: __5/9/2023__

CR-64 (05/18) **REPORT COMMENCING CRIMINAL ACTION**