

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 5 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Mack Roy Anderson<br><br>DEFENDANT(S). | CASE NUMBER<br><br>23-MJ-2298<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
| --- | --- |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing
is set for _May 17_____, _____, at _3:00_ ☐a.m. / ☒p.m. before the
Honorable __Eick_____, in Courtroom _750_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_____(Other custodial officer)_____

Dated: _5/15/23_____          _____
                               U.S. District Judge/Magistrate Judge

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                                    Page 1 of 1