1    **Brett A. Greenfield (SBN 217343)**
2    **21031 Ventura Blvd, Suite 1101**
     **Woodland Hills, CA. 91364**
     **(818) 724-7272 (voice)**
3    **(818) 806-4110 (facsimile)**
     **Brett@818LawGroup.com**
4
     *Attorneys for Defendant Mark Roy Anderson*
5

6

7

8                    **UNITED STATES DISTRICT COURT**
            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
9                         **WESTERN DIVISION**

10   **UNITED STATES OF AMERICA,**          **Case No. 2:23-mj-2298**

11   **Plaintiff,**

12                                          **DECLARATION OF MEGAN**
                                            **ANDERSON IN SUPPORT OF MARK**
13   **v.**                                 **ROY ANDERSON'S RESPONSE TO**
                                            **THE GOVERNMENT'S REQUEST**
14                                          **FOR DETENTION**

15   **MARK ROY ANDERSON,**                 **[U.S. CONST. AMEND. VIII; 18 USC**
                                            **§ 3141, *ET SEQ*.]**
16   **Defendant.**

17                                          **DATE:  May 17, 2023**
                                            **TIME:  3:00 p.m.**
18                                          **The Honorable Charles F. Eick Presiding**

19

20                   **DECLARATION OF MEGAN ANDERSON**

21           I, Megan Anderson, do solemnly declare and affirm that the following statement is

22   true and correct to the best of my knowledge and belief:

23      1.  I am the daughter of Defendant Mark Roy Anderson ("Mark.")

24      2.  As a threshold matter, and to the extent that the Pretrial Services report indicates

25          that I am willing to sign a $20,000.00 appearance bond, this is respectfully

26          incorrect.  I am willing to sign an appearance bond in the amount of $200,000.00,

27          which is almost a year's salary for me. I work for Google as a designer.

28

BRETT GREENFIELD, ESQ.
TARZANA, CALIFORNIA

3. I have provided to Mr. Greenfield a copy of my driver's license and passport if the Honorable Court would like to see them.

4. In this declaration, I will refer to my Dad as either just that ("Dad") or "Mark."

5. As to our family, Mark's youngest son, Grayson, is currently a sophomore at Beverly Hills High School and resides with him in Beverly Hills. Previously, they lived together in The Valley with Grayson's mother and her family.

6. Grayson shares his father's passion for tennis, and they spend quality time together bonding over matches at the community courts and Roxbury Park. They also enjoy shooting hoops together at the community park near their home and watching games together with friends and family.

7. Mark and Grayson frequently engage in physical activities and working out together, as they both have a shared love for being active.

8. Mark has shown himself to be a playful and supportive father to Grayson, especially during the past five years as Grayson transitions into young adulthood. Their time spent together is important to them, and it is evident they are trying to make up for lost time.

9. London, Mark's 19-year-old son, is attending UC San Diego, focusing on developing the musical talents he inherited from his father. Mark consistently supports London by attending his performances in Los Angeles and collaborating with him in the studio whenever he returns home from college. My Dad even arranged for custom T-shirts to be printed for one of London's performances through a family friend.

10. Mark, a gifted musician, plays the guitar, piano, and saxophone. He regularly records music with both London and Grayson. Each night, the sounds of Mark playing the guitar can be heard throughout our home.

11. Mark's support for his children's musical hobbies brings joy to all of them. Playing music together has become a cherished family activity, and it is evident in the happiness it brings to each family member.

///

DECLARATION OF MEGAN ANDERSON

BRETT GREENFIELD, ESQ.
TARZANA, CALIFORNIA

12. Mark often takes the lead in cooking delicious Italian meals for all of us, creating a warm and inviting atmosphere around the dining table. During these meals, we engage in conversations, share jokes, and participate in trivia sessions initiated by our father.

13. Mark maintains a close relationship with London and Grayson's mother's family. He regularly attends their family dinners and gatherings. Both families frequently exchange leftovers and possess a loving and supportive co-parenting relationship with the boys.

14. Mark is equally proud and supportive of his three eldest children: Elizabeth, Thomas and myself, despite all of us living in different states across the country. I work as a designer and reside in Austin, TX. Elizabeth is involved in public relations and lives in Washington, D.C., with her husband and Mark's granddaughter. Thomas works as an engineer and resides in Detroit.

15. While the three of us live out of state and have started our own families, we maintain regular contact with our father through family group chats and by sharing videos and messages. We also make efforts to come together during holidays or other visits in between.

16. As a family, we have admittedly faced challenges due to our father's incarceration over the years. It has been difficult for us to experience his presence and absence in our lives for such prolonged durations. However, we deeply appreciate his spirit, energy, and the joy of engaging in activities with him, which we consider a family blessing.

17. There were periods when we grew distant from each other during our father's time in prison. However, since his release, we have reunited as a family, and we have embraced the opportunity to rebuild our bonds.

18. It is our hope that our father's time in jail can truly become a thing of the past.

[Signature on next page]

///

///

DECLARATION OF MEGAN ANDERSON

I declare under penalty of perjury, according to the laws of the United States of America that the foregoing is true and correct this __16__ day of May, 2023, at 4:17PM _____.

_____
Megan Anderson

Brett Greenfield, Esq.
Tarzana, California

4

DECLARATION OF MEGAN ANDERSON

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 21031 Ventura Boulevard, Suite 1101, Woodland Hills, California 91364.

On May 16, 2023, I served the foregoing document described as:

**DECLARATION OF MEGAN ANDERSON** on said parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY MAIL:**  I am familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 16, 2023, at Los Angeles, California.

*J. Brantveyn* [E-Signature]

_____

Julie Brantveyn

BRETT GREENFIELD, ESQ.
TARZANA, CALIFORNIA

DECLARATION OF MEGAN ANDERSON

1

## **ATTACHED SERVICE LIST**

2

3  **Kerry L. Quinn | Assistant United States Attorney**

4  Major Frauds Section
United States Attorney's Office, Central District of California

5  1100 U.S. Courthouse
312 N. Spring Street,

6  Los Angeles, CA 90012
(213) 894-5423 (office)

7  Kerry.L.Quinn@usdoj.gov (email)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRETT GREENFIELD, ESQ.
TARZANA, CALIFORNIA